UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------
LAURA CONSTANTINE, individually and on      :
behalf of all others similarly situated,

                    Plaintiff,              :    Civil Action No.: 1:25-CV-10500-AK

        against                             :

NATIONAL GRID USA SERVICE COMPANY,          :
INC.
                    Defendant.              :
------------------------------
```

**MOTION FOR CLASS CERTIFICATION**

Plaintiff, Laura Constantine (and opt-in Plaintiff Daniel Zimmerman), individually and on behalf of others similarly situated, move through their undersigned counsel DarrowEverett LLP and pursuant to Fed. R. Civ. P. 23(b)(3), for this Court to certify the Massachusetts Monthly Pay Class as defined herein and further in Plaintiff's accompanying Memorandum of Law. Plaintiff's Complaint asserts two distinct classes, the Massachusetts Monthly Pay Class and the Massachusetts Overtime Class. This Motion for Class Certification pertains to the Massachusetts Monthly Pay Class only.

Plaintiff and the Massachusetts Monthly Pay Class members are current and former employees of Defendant, National Grid USA Service Company, Inc. ("Defendant" or "National Grid"). The Defendant has admitted in its Answer that it pays employees such as the Plaintiff on a monthly basis.

This Motion is proper at the present time in this matter as the parties have sufficient information to satisfy class certification requirements on the putative Monthly Class's Massachusetts Wage Act claims and therefore Plaintiff as class representative must act in the best interests of the putative class and move to certify in an expedient manner.

Plaintiff also moves to appoint Plaintiff, Laura Constantine, and opt-in Plaintiff, Daniel Zimmerman, as Class Representatives and appoint DarrowEverett LLP as Class Counsel.

**WHEREFORE**, for the reasons stated herein and in the Memorandum of Law; Declarations of Laura Constantine, Daniel Zimmerman, and Stacy Thomsen Esq.; and Exhibits 1–10 submitted herewith, the Plaintiff, Laura Constantine, and opt-in Plaintiff, Daniel Zimmerman, respectfully request that the Court certify the Massachusetts Monthly Pay Class.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff respectfully requests oral argument on this Motion as she believes that oral argument may assist the Court in its consideration of this Motion.

Dated: July 29, 2025

**DARROWEVERETT LLP**
*Counsel for Plaintiff(s)*

*/s/ Stacy W. Thomsen*
Stacy W. Thomsen, Esq. (#706746)
Andrew J. Adams, Esq.   (#705077)
DarrowEverett, LLP
50 Congress Street, Suite 1040
Boston, MA 02109
Tel.:    (617) 443-4500
Fax:    (401) 453-1201
sthomsen@darroweverett.com
aadams@darroweverett.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to L.R. 7.1(a)(2), the undersigned counsel certifies that Plaintiff's counsel conferred in good faith with Defendant's counsel in an effort to resolve or narrow the issues raised by this Motion.

*/s/ Stacy W. Thomsen*

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2025, that I have filed the foregoing Motion for Class Certification via the ECF System and that it is available for viewing and downloading. A copy has also been sent via the ECF filing system to counsel of record for Defendant.

Christopher B. Kaczmarek
Alexa M. Esposito
**Littler Mendelson, P.C.**
One International Place, Suite 2700
Boston, Massachusetts 02110
Tel.:   (617) 378-6000
Fax:   (617) 737-0052
ckaczmarek@littler.com
aesposito@littler.com

*/s/ Stacy W. Thomsen*